UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DAMIAN HALL,                )    3:15-CV-0242-RCJ (VPC)
                            )
    Plaintiff,            )    **MINUTES OF THE COURT**
                            )
vs.                         )    August 8, 2017
                            )
DR. GENE YUP,               )
                            )
    Defendant.            )
_____)

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Before the court is defendant's motion for clarification (ECF No. 70) concerning conflicts in scheduling mediations and settlement conferences for incarcerated plaintiffs.

    Defendant's motion for clarification (ECF No. 70) is **GRANTED**. This court clarifies its procedures as follows:

1. Inmate mediations are held on Tuesdays in Reno and Fridays in Las Vegas;
2. The Nevada State Tort Claims Manager is expected to attend all such mediations and settlement conferences either in person or by telephone;
3. If a judge wants to hold a telephonic settlement conference on a different day of the week, they shall give the Nevada Department of Corrections and the Office of the Attorney General adequate notice; and
4. If a conflict arises, the assigned deputy attorney general shall file a notice with the judge who has set the settlement conference or mediation over one that has previously been set.

    **IT IS SO ORDERED.**

                                                    DEBRA K. KEMPI, CLERK

                              By:_____/s/_____
                                  Deputy Clerk