# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAMIAN HALL, | 3:15-CV-0242-RCJ (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | September 18, 2017 |
| DR. GENE YUP, | |
| Defendant. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has reviewed the parties' filings and the court's rulings regarding ongoing discovery disputes, and plaintiff's contention that defendants' responses to certain discovery are contradictory (ECF Nos. 56, 57, 58, 59, 65, 72, 73, 75 & 77). To the extent defendants' responses to discovery are contradictory, plaintiff has leave to point out such disparities to the court in his opposition to defendants' motion for summary judgment. Discovery in this case has closed.

It appears that plaintiff was not provided copies of documents defendants attached to their supplemental notice (ECF No. 72), which drew plaintiff's motion to produce discovery material (ECF No. 75). Plaintiff's motion (ECF No. 75) is **GRANTED**, and defendants shall provide plaintiff copies of these documents no later than Friday, September 22, 2017.

This court's order regarding deadlines for file dispositive motions and the joint pretrial order stand (ECF No. 76).

   **IT IS SO ORDERED.**

                                                                DEBRA K. KEMPI, CLERK

                                                        By:_____/s/_____
                                                                Deputy Clerk