ADAM PAUL LAXALT
Attorney General
IAN CARR
Deputy Attorney General, Bar #13840
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1259
E-mail: icarr@ag.nv.gov

*Attorneys for Defendants*
*Dr. Romeo Aranas, John Keast*
*and Dr. Gene Yup*



# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| DAMIAN HALL, | Case No. 3:15-cv-00242-RCJ-VPC |
|---|---|
| Plaintiff, | MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| DR. GENE YUP, et al., | |
| Defendant. | |

Defendants, Dr. Romeo Aranas, John Keast and Dr. Gene Yup (Defendants), by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Ian Carr, Deputy Attorney General, hereby submits this Motion for Extension of Time to File a Reply in Support of Defendants' Motion for Summary Judgment. This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

### MEMORANDUM OF POINTS AND AUTHORITIES

**I.   ARGUMENT**

Defendants respectfully request a twenty-one (21) day extension of time to file a Reply in Support of their Motion for Summary Judgment. Counsel for Defendants is confronted with numerous competing deadlines and a high workload due to staffing changes in the Office of the Attorney General. However, such obstacles are currently being resolved and the requested extension of time will afford Defendants adequate time to file a Reply in this matter.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and its limited nature will not hinder or prejudice Plaintiff's case, but will allow for thorough briefing in response to Plaintiff's Opposition (ECF No.89). In his Opposition (ECF No. 89), Plaintiff makes allegations against Defendants' professional qualifications and honor, and Defendants require additional time to formulate arguments to contradict Plaintiff's allegations. The requested twenty-one (21) day extension of time will permit Defendants time to adequately research and respond to Plaintiff's Opposition (ECF No. 89). Defendants assert that the requisite good cause is present to warrant the requested extension of time.

For these reasons, Defendants respectfully request a twenty-one (21) day extension of time to file a Reply in Support of their Motion for Summary Judgment, with a new deadline to and including Thursday, December 7, 2017.

DATED this 16th day of November, 2017.

ADAM PAUL LAXALT
Attorney General

By: /s/ Ian Carr
IAN CARR
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendants*

**IT IS SO ORDERED.**
DATED: November 17, 2017

_____
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that |
| 3 | on this 16th day of November, 2017, I caused a copy of the foregoing, **MOTION FOR EXTENSION** |
| 4 | **OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY** |
| 5 | **JUDGMENT**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following: |

DAMIAN HALL #1003019
CARE OF NNCC LAW LIBRARIAN
NORTHERN NEVADA CORRECTIONAL CENTER
P.O. BOX 7000
CARSON CITY, NV 89702
lawlibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General