# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAMIAN HALL, <br>     Plaintiff, <br> v. <br> DR. GENE YUP, *et al.,* <br>     Defendants. | CASE NO.: 3:15-CV-00242-RCJ-VPC <br><br> **ORDER** |

Before the Court is the Reports and Recommendations of U.S. Magistrate Judge (ECF No. 95[1]) entered on March 7, 2018, recommending that the Court grant Defendants' Motion for Summary Judgment (ECF No. 81). On March 20, 2018, Plaintiff filed his Objections to Report and Recommendation (ECF No. 96).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Reports and Recommendation (ECF No. 95) entered on March 20, 2018, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF No. 81) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 27th day of March, 2018.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.